**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TERESA Y. WEINACKER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NUMBER |
| | ) | |
| vs. | ) | 1:15-cv-00267-AK-C |
| | ) | |
| CHARLES BAER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR PERMISSION**
**FOR ELECTRONIC CASE FILING**

As the Plaintiff in the above-captioned matter, I respectfully request the Court for permission to participate in electronic case filing ("e-filing") in the case. I hereby affirm that

1) I have received the requirements for e-filing and agree to abide by them.

2) I understand once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3) I have regular access to the technical requirements necessary to e-file successfully:

   a. A computer with internet access;

   b. An email account on a daily basis to receive notifications from the Court and notices from the e-filing system;

   c. A scanner to convert documents that are only in paper format into electronic files;

   d. A printer and copier to create required paper copies such as chambers copies;

    e. A word-processing system to create documents; and

    f. A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Respectfully submitted this 11th day of June, 2015,

_____
Teresa Y. Weinacker, *Pro Se*
21520 County Road 68 N
Robertsdale, AL 36567
Cell: (251) 752-9395
Cell: (251) 751-9447
Email: teresa.weinacker@gmail.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TERESA Y. WEINACKER,        ) | |
|                             ) | |
|      Plaintiff,             ) | CIVIL ACTION NUMBER |
|                             ) | |
| vs.                         ) | 1:15-cv-00267-AK-C |
|                             ) | |
| CHARLES BAER, et al.        ) | |
|                             ) | |
|      Defendants.            ) | |

**ORDER GRANTING**
**MOTION FOR PERMISSION**
**FOR ELECTRONIC CASE FILING**

The Court has considered the Plaintiff's Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.


Date: _____            _____
                                         UNITED STATES DISTRICT
                                         JUDGE/MAGISTRATE JUDGE