IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERESA Y. WEINACKER** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number |
| | ) | **1:15-cv-00267-AK-C** |
| **CHARLES BAER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is Plaintiff Teresa Weinacker's motion to disqualify certain of the defendants' counsel. Doc. 19. If the relevant defendants wish to respond to the plaintiff's motion, they must do so by July 20, 2015. The plaintiff's reply, if any, is due July 27, 2015.

**DONE** this 8th day of July, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE